AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ACUPATH LABORATORIES, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| MINNING XIE, MARCO SABINI and M&M MEDICAL TECHNOLOGY, INC. | ) |
| *Defendant(s)* | ) |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 29 2014 ★

LONG ISLAND OFFICE

**CV 14 6379**

**SEYBERT, J**

**TOMLINSON, M**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MINNING XIE
6 John Street
Bethpage, New York 11714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556

PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **OCT 29 2014**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT ~~ N.Y.

★ OCT 29 2014 ★

LONG ISLAND OFFICE

| | |
|---|---|
| ACUPATH LABORATORIES, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| MINNING XIE, MARCO SABINI and M&M MEDICAL TECHNOLOGY, INC. | ) |
| *Defendant(s)* | ) |

CV 14 6379
SEYBERT, J
TOMLINSON, M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARCO SABINI
55 Foster Avenue
Malverne, New York 11565

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556

PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: OCT 29 2014

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ACUPATH LABORATORIES, INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| MINNING XIE, MARCO SABINI and M&M MEDICAL TECHNOLOGY, INC. | ) | |
| *Defendant(s)* | ) | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2014 ★
LONG ISLAND OFFICE

CV 14 6379
SEYBERT, J
TOMLINSON, M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M&M MEDICAL TECHNOLOGY, INC.
6 John Street
Bethpage, New York 11714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556

PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: OCT 29 2014

*Signature of Clerk or Deputy Clerk*