UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Acupath Laboratories, Inc                                    Civic Action No.: 14-CV-6379

                              Plaintiff,
                 -against-

Minning Xie, M&M Medical Technology, Inc. et al        **Stipulation**

                              Defendants.
-------------------------------------------------------x


   IT IS HEREBY AGREED AND STIPULATE THAT plaintiff hereby agrees to give
defendants Minning Xie and M&M Medical Technology, Inc. up to Dec. 23, 2014 to
interpose a response to plaintiff's Summons and Complaint in this Action. Defendants
Mining Xie and M&M Medical Technology, Inc. waives jurisdiction defenses
regarding the service of the summons and complaint.

Dated: Nov. 24, 2014

Attorney for Plaintiff:
Brain S. Conneely    Brian L. Bank, Esq.
Rivkin Ralder LLP
926 RXR Plaza
Uniondale NY 11556
T: 516 357 3000



Attorney for Defendant
Ming Hai, ESQ
Law Office of Ming Hai, PC
36-09 Main Street, STE 7B
Flushing, NY, 11354
T: 718 445 9111