UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACUPATH LABORATORIES, Inc.,

                Plaintiff,                Case No. 14-CV-6379

  against                               **STIPULATION**

MINNING XIE, MARCO SABINI, and M&M
MEDICAL TECHNOLOGY, INC.,

                Defendant.

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record for all parties that Plaintiff hereby agrees to give Defendant Marco Sabini up to December 23, 2014 to interpose a response to Plaintiff's Summons and Complaint in this Action. Defendant Marco Sabini waives jurisdiction defenses regarding the service of the Summons and Complaint. This Stipulation is without prejudice to Plaintiff's pending motion for expedited discovery in aid of a preliminary injunction and temporary restraining order.

Dated: New York, New York
       November 28, 2014

By: _____
    Brian L. Bank, Esq.
    Attorney for Plaintiff
    Rivkin Radler LLP
    926 RXR Plaza
    Uniondale, New York 11556

By: _____
    Eric Stern, Esq.
    Attorney for Defendant Sabini
    Sack & Sack Esqs.
    110 East 59th Street, 19th Floor
    New York, New York 10022