UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
Acupath Laboratories, Inc.

                                                  CASE No.  14 CV 6379 (JS)
                                                  ( AKT)

                              Plaintiff
     - against -                                      **NOTICE OF MOTION**

Minning Xie, et al

                              Defendants
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, with exhibits, and all pleadings and papers previously filed herein, defendant Minning Xie respectfully move this Court for an order to grant leave for filing an Amended Answer with Counterclaims as attached as Exhibit A, pursuant to Federal Rules of Civil Procedures 15 (a), and for other and further reliefs as the court may deem proper.

Dated: Flushing, New York
        Jan. 16th,  2015

                                                  By: _____
                                                   Ming Hai,
                                                   36-09 Main St., Suite 7B
                                                   Flushing, NY 11354
                                                   (718) 445-9111
                                                   Attorney for Defendant Xie