## Certificate of Service

I certify that, on Jan. 16, 2015 I electronically filed the foregoing Motion, Memorandum of Law in Support with Exhibit, with the Clerk of the Court for the United States District Court for the Eastern District of New York, by using the CM/ECF system. I certify hat all participants in the case, including the plaintiff's counsel, are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Ming Hai
Attorneys for Defendants Xie
36-09 MAIN ST. SUITE 7B
FLUSHING, NY 11354
(718) 445-9111