

**ATTORNEYS AT LAW**

WWW.RIVKINRADLER.COM

JOHN K. DIVINEY
PARTNER
(516) 357-3174
john.diviney@rivkin.com

April 17, 2015

**VIA ECF FILING**

***PRIVILEGED AND CONFIDENTIAL***

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Acupath v. Minning Xie and Marco Sabini, and M&M Technologies, Inc.*
Docket No.: 14-CV-06379(JS)(AKT)

Dear Judge Tomlinson:

I am writing upon the consent of defendants' counsel to inform you that the parties have reached a tentative settlement to resolve all claims and counterclaims in the above-referenced action.

We anticipate it will be 30 to 45 days to complete the necessary settlement papers. At this time, there exists an interim due dates in the discovery schedule, and on behalf of all parties, I request that these due dates be adjourned with the understanding that should the settlement lapse, the overall discovery deadline is not extended.

Thank you for your attention to this matter.

Sincerely,

RIVKIN RADLER LLP

John K. Diviney

JKD:jav
cc: Ming Hai, Esq.
3161978 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495